**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:21cr374-MHT** |
| ) | **(WO)** |
| **DENARIAN MAURICE McKINNON** ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that the indictment (Doc. 1) is dismissed with prejudice as to defendant Denarian Maurice McKinnon, and he is discharged.

DONE, this the 7th day of September, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**